UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

The Toro Company,

    Plaintiff,

Case No. 14-4463 MJD/FLN

v.

ORDER

Hunter Industries Inc.,

    Defendant.

---

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated July 7, 2015, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that Defendant's Motion to Transfer Venue is **DENIED**.

DATED: July 24, 2015                    s/Michael J. Davis

                                                                        MICHAEL J. DAVIS
                                                                        United States District Court Judge